

SIDLEY AUSTIN LLP
555 WEST FIFTH STREET
LOS ANGELES, CA 90013
+1 213 896 6000
+1 213 896 6600 FAX

AMERICA • ASIA PACIFIC • EUROPE

CEGLESON@SIDLEY.COM
+1 213 896 6108

March 13, 2019

Honorable Lorna G. Schofield
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Peter J. Nygård et al. v. Louis M. Bacon*, Civil Case No. 1:19-cv-01559
        Consent Request for Extension of Time

Dear Judge Schofield:

We represent Defendant Louis M. Bacon in this matter. We write, with the Plaintiffs' consent, to request that Defendant's time to respond to the complaint be extended to April 22, 2019. Absent an extension, any response would be due on March 15, 2019. A stipulation and proposed order reflecting Plaintiffs' agreement to the extension accompanies this letter motion. This is Defendant's first request for an extension of time to respond to the complaint.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Christopher M. Egleson

Christopher M. Egleson

*Counsel for Louis M. Bacon*

Enclosure

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J. NYGÅRD *et al.*,

                    Plaintiffs,

            v.

LOUIS M. BACON,

                    Defendant.

Civil Case No. 1:19-cv-01559

Judge Lorna G. Schofield

**STIPULATION AND [PROPOSED] ORDER**

        Plaintiffs Peter J. Nygård, Nygård International Partnership, and Nygård Inc. and Defendant Louis M. Bacon, by their undersigned counsel, stipulate and agree as follows:

        1.        Defendant's time to answer, move under Federal Rule of Civil Procedure 12, or otherwise respond to the complaint is extended to and until April 22, 2019, subject to any further agreed extensions.

        2.        The parties shall confer under Federal Rule of Civil Procedure 26(f) by March 28, 2019.

        3.        This stipulation is made without prejudice to Plaintiffs' right to proceed under the rules, including a motion for preliminary injunction, a conference under Federal Rule of Civil Procedure 26(f), and seeking discovery, including on an expedited basis; nor to Defendant's right to object to the same.

4.     This stipulation may be executed in multiple parts, and a facsimile signature or

electronic signature shall have the same effect as an original signature.

Dated: March 13, 2019

Michael S. Fettner
LYMAN & ASH
43 West 43rd Street, Suite 85
New York, New York 10036

*Counsel for Plaintiffs Peter J. Nygård,*
*Nygård International Partnership, and*
*Nygård Inc.*

Nancy Chung
Christopher M. Egleson
Michael A. Levy
Christina Prusak Chianese
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019

*Counsel for Defendant Louis M. Bacon*

So ordered:

_____
U.S.D.J.