

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>+1 212 839 5300<br>+1 212 839 5599 FAX | BEIJING      HONG KONG    SHANGHAI<br>BOSTON        HOUSTON      SINGAPORE<br>BRUSSELS      LONDON       SYDNEY<br>CENTURY CITY  LOS ANGELES  TOKYO<br>CHICAGO       NEW YORK     WASHINGTON, D.C.<br>DALLAS        PALO ALTO<br>GENEVA        SAN FRANCISCO<br><br>FOUNDED 1866 |

May 9, 2019

**By ECF**

Honorable Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Peter Nygård et al. v. Louis Bacon*, 19 Civ. 1559 (LGS)
     <u>Consent Request to Adjourn Pre-trial Conference to June 6, 2019</u>

Dear Judge Schofield:

  We represent Defendant Louis Bacon in this matter. We write to request that the Court adjourn the initial pre-trial conference that was recently scheduled for May 16, 2019. We have conferred with opposing counsel, who consent to this request and advise that they are available June 4-7, 2019. We understand that the Court often schedules such conferences on Thursdays, and the parties would welcome a June 6 date if that is convenient for the Court.

  For background, this conference was originally scheduled for April 18, and the Court then continued it once so that Plaintiffs' response to Defendant's letter requesting leave to move to dismiss would be on file before the conference, and continued it to its current date because the Court had a scheduling conflict. Dkt. Nos. 8, 20, & 22. Defendant seeks this continuance because the May 16 date conflicts with pre-existing travel plans for Defendant's counsel. This is Defendant's first request for adjournment of the initial pre-trial conference, and Plaintiffs consent to this request.

  We thank the Court for its attention to this matter.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



Page 2

                    Respectfully submitted,

                    /s/ Christopher M. Egleson
                    Nancy Chung
                    Christopher M. Egleson
                    *Counsel for Louis Bacon*

cc:     Counsel of Record (via ECF)