```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   PETER NYGARD, et. al.,                                     :
                                                              :
                                    Plaintiff(s),             :         19 Civ. 1559 (LGS)
                                                              :
              -against-                                       :         ORDER
                                                              :
                                                              :
                                                              :
                                                              :
   LOUIS BACON,                                               :
                                                              :
                                    Defendant(s).             :
                                                              :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pre-trial conference was held on June 20, 2019. For the reasons discussed at the conference, it is hereby

**ORDERED** that discovery is STAYED. It is further

**ORDERED** that by July 18, 2019, Defendant shall file his motion to dismiss Plaintiffs shall file their Opposition by August 16, 2019. Defendant shall file a Reply by August 30, 2019. Defendant's motion shall be limited to the three issues identified by the Court at the conference, without prejudice to the Defendant's raising any remaining issues at a later time.

Dated: June 20, 2019
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**