USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J. NYGARD, *et al.*,

    Plaintiffs,

v.

LOUIS M. BACON,

    Defendant.

Civil Case No. 1:19-cv-01559

Judge Lorna G. Schofield

**STIPULATION AND ORDER
EXTENSION OF TIME**

Plaintiffs Peter J. Nygard, Nygard International Partnership, and Nygard Inc. and Defendant Louis M. Bacon, stipulate and agree as follows:

1. The Court conducted a pre-trial conference, ordering that by July 18, 2019, Defendant is to file his motion to dismiss, Plaintiffs are to file their opposition by August 16, 2019, and Defendant is to file his reply by August 30, 2019.

2. Plaintiffs recently obtained substitute counsel for this litigation. In connection with that retention, Plaintiffs and Defendant agreed to an extension of the remaining briefing schedule as follows:

    (1) Plaintiffs' opposition to Defendant's motion to dismiss the complaint ^or a pre-motion letter to file an amended complaint and attaching such complaint shall be filed by **September 6, 2019**, ~~which opposition may also include an accompanying motion for leave to file an attached amended complaint~~; See the Court's Individual Rules concerning pre-motion letters.

    (2) Defendant shall file any reply in support of his motion to dismiss the complaint and any opposition to Plaintiffs' motion to amend the complaint by **September 26, 2019**; ~~and~~ or shall file a response to the pre-motion letter by Sept. 13, 2019.

    (3) Plaintiffs shall file any reply in support of their motion to amend the complaint by **October 10, 2019**.

3. An electronic of facsimile signature shall have the same effect as an original signature on this stipulation.

New York, New York
August 8, 2019

SO ORDERED

*[signature]*

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1035279v.1