UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PETER J. NYGARD, et al.,                                    :
                                                            :
                              Plaintiffs,                   :    19 Civ. 1559 (LGS)
                                                            :
               -against-                                    :    ORDER
                                                            :
LOUIS M. BACON,                                             :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 18, 2019, Defendant filed a motion to dismiss the Complaint for forum non conveniens and under RICO's litigation activity exception (Dkt No. 28);

WHEREAS, on October 11, 2019, this matter was referred to Judge Kevin Nathaniel Fox for general pretrial (Dkt No. 52);

WHEREAS, on November 5, 2019, Judge Fox ordered the parties complete briefing on Plaintiff's motion to file a First Amended Complaint (Dkt No. 56). It is hereby

**ORDERED** that Defendant's motion to dismiss the Complaint for forum non conveniens and under RICO's litigation activity exception **is dismissed without prejudice to renew** upon the disposition of the motion to file a First Amended Complaint.

The Clerk of Court is respectfully directed to close Docket No. 28.

Dated: November 12, 2019
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE