UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER J. NYGÅRD, NYGÅRD INTERNATIONAL PARTNERSHIP, and NYGÅRD INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS M. BACON, JOHN DOES 1-20 AND DOE CORPS. 1-10, <br><br> Defendants. | **Civil Action No.** <br> **1:2019-cv-01559-LGS-KNF** |

**NOTICE OF F.R.C.P. 41(a)(1)(A)(i) VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFFS**
<u>**NYGÅRD INTERNATIONAL PARTNERSHIP AND NYGÅRD INC. ONLY**</u>

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Nygård International Partnership and Nygård Inc. voluntarily dismiss without prejudice all claims asserted in this action against Defendants,[1] and, accordingly, the new caption for this action shall read:

PETER J. NYGÅRD,

       Plaintiff,

v.

LOUIS M. BACON, JOHN DOES 1-20 and DOE CORPS. 1-10,

       Defendants.

---

[1] This notice of voluntary dismissal applies to Plaintiffs Nygård International Partnership and Nygård Inc. only, <u>not</u> Plaintiff Peter Nygård, who remains as a Plaintiff in this action.

1092583v.1

Respectfully Submitted,

Dated: April 30, 2020                    **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

/s/ David M. Ross
David M. Ross, Esq., *admitted pro hac vice*
1500 K Street, N.W., Suite 330
Washington, DC 20005
Tel: (202) 626-7660
Fax: (202) 626-3606
david.ross@wilsonelser.com

Cynthia S. Butera, Esq.
Rebecca R. Gelozin, Esq.
1133 Westchester Avenue
White Plains, NY 10604
Tel: (914) 872-7000
Fax: (914) 323-7001
cynthia.butera@wilsonelser.com
rebecca.gelozin@wilsonelser.com

*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2020, I served a copy of the foregoing Notice of F.R.C.P. 41(a)(1)(A)(i) Voluntary Dismissal Without Prejudice by Plaintiffs Nygård International Partnership and Nygård Inc. to counsel for Defendant through the Court's CM/ECF system.

/s/ *David M. Ross, Esq.*
David M. Ross, Esq.

1092583v.1