UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER J. NYGÅRD, | Civil Case No. 1:19-cv-01559 |
| Plaintiff, | Judge Lorna G. Schofield |
| v. | Magistrate Judge Kevin N. Fox |
| LOUIS M. BACON, *et al.*, | |
| Defendants. | |

## NOTICE OF DEFENDANT'S
## MOTION TO DISMISS UNDER RULE 12(b)(6)

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Under Rule 12(b)(6), Defendant Louis M. Bacon, by and through undersigned counsel, will move this Court, before the Honorable Kevin N. Fox, on a date and at a time to be designated by the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an Order dismissing the First Amended Complaint in the above-referenced action with prejudice, for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

Dated: September 10, 2020
      New York, New York

Respectfully submitted,

/s/ Christopher M. Egleson
Nancy Chung
Michael A. Levy
Christina Prusak Chianese
David S. Kanter
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
nchung@sidley.com
mlevy@sidley.com
cchianese@sidley.com
dkanter@sidley.com

Christopher M. Egleson
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
cegleson@sidley.com

*Counsel for Defendant Louis M. Bacon*

2