UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER J. NYGÅRD,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS M. BACON, *et al.*,<br><br>    Defendants. | Civil Case No. 1:19-cv-01559<br><br>Judge Lorna G. Schofield<br>Magistrate Judge Kevin N. Fox<br><br>**MOTION FOR LEAVE TO**<br>**WITHDRAW AS COUNSEL** |

  PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying declaration of David S. Kanter, I hereby move this Court to withdraw my appearance for Defendant Louis M. Bacon and to remove my name from the ECF service lists in the above-captioned action. Sidley Austin LLP will continue to represent Louis M. Bacon in this proceeding.

Dated: May 27, 2021
   Washington, D.C.

Respectfully submitted,

/s/ David S. Kanter
David S. Kanter
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
dkanter@sidley.com

*Attorney for Defendant Louis M. Bacon*