UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PETER J. NYGÅRD,

                            Plaintiff,                      19 **CIVIL** 1559 (LGS)

                    -against-                            **JUDGMENT**

LOUIS M. BACON, JOHN DOES 1-20 AND
DOE CORPS. 1-10,

                          Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 20, 2021, and Amended Order Date August 21, 2021, the R&R's recommendation is adopted, and Defendant's motion to dismiss is granted; Plaintiff's motion to file a Second Amended Complaint is denied, as Plaintiff's proposed amendments do not cure the deficiencies in the Dismissal Order; accordingly, the case is closed.

**Dated:**  New York, New York
           October 29, 2021

                                                      **RUBY J. KRAJICK**
                                                          Clerk of Court
                                            **BY:**
                                                            **Deputy Clerk**